THE BAY RIDGE DOCK CO., INC., et al., Appellants, *v.* UNITED DRY DOCKS, INCORPORATED, Respondent.

(Argued October 9, 1933; decided October 24, 1933.)

*Elkan Turk, Benjamin Wiener* and *Herman Goldman* for appellants.

*Spier Whitaker* and *Sigourney B. Olney* for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.